IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANNY SEEHAFER,

      Plaintiff,

                                        JUDGMENT IN A CIVIL CASE

v.

                                        Case 12-cv-344-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

Danny Seehafer against defendant Michael J. Astrue reversing and remanding the

decision of the commissioner pursuant to sentence four of 42 U.S.C. § 405(g).


_____          _____
Peter Oppeneer, Clerk of Court                          12/3/12
                                                                                 Date