IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANNY SEEHAFER,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                              Case No. 12-cv-344-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Danny Seehafer attorney fees under 42 U.S.C. § 406(b)(1) in the amount of $9,604.75.

|  |  |
|---|---|
|    s/K. Jacobson, Deputy Clerk    | 6/18/2014 |
| Peter Oppeneer, Clerk of Court | Date |